MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ILA C. DEISS (NYBN 3052909)
Assistant United States Attorney

>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102-3495
>Telephone: (415) 436-7124
>FAX: (415) 436-7169
>ila.deiss@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REUNION MORTGAGE, INC.; R. KENT HARVEY; AND DAVID THAYER,<br><br>  Defendants. | CIVIL ACTION NO. ~~CV 13-02340-SBA~~<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO FILE A SECOND AMENDED COMPLAINT; AND [~~PROPOSED~~] ORDER** |

Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiff United States of America, through undersigned counsel, and Defendants Reunion Mortgage, Inc. and David Thayer, by and through undersigned counsel, hereby stipulate, subject to the Court's approval that:

Whereas the Court dismissed Plaintiff's First Amended Complaint in part with leave to amend by **November 19, 2013** (ECF 26);

Whereas Plaintiff propounded discovery on Defendants in October 2013, and agreed to an extension of time to November 25, 2013, and December 3, 2013, to respond to said discovery;

1   The parties agree that Plaintiff may have up to and including **December 4, 2013**, to file a Second
2   Amended Complaint in this case, consistent with the Court's rulings and Rule 11 of the Federal Rules of
3   Civil Procedure.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: November 6, 2013          By:    _____/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney

Dated: November 6, 2013                 _____/s/_____
                                        JOSHUA A. ROSENTHAL
                                        Counsel for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/6/2013                         _____
                                        SAUNDRA B. ARMSTRONG
                                        United States District Judge

Stip. To Extend Time And [Proposed] Order
CV-13-2340-SBA                           2