1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  ALEX G. TSE (CABN 152348)
   Chief, Civil Division

4  ILA C. DEISS (NYBN 3052909)
   Assistant United States Attorney

5

6         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495

7         Telephone: (415) 436-7124
          FAX: (415) 436-7169

8         ila.deiss@usdoj.gov

9  Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )  CIVIL ACTION NO. C 13-2340 SBA
                                       )
15         Plaintiff,                  )
                                       )  **STIPULATION TO CHANGE TIME AND**
16     v.                              )  **[PROPOSED] ORDER**
                                       )
17  REUNION MORTGAGE, INC.,            )
                                       )
18  DAVID THAYER, and R. KENT HARVEY   )
                                       )
19         Defendants.                 )
    _____)

20

21         The parties respectfully request, pursuant to Local Civil Rules 6-3 and 7-12 and through their

22  attorneys of record, to continue the telephonic case management conference currently set for December

23  19, 2013 at 2:30 p.m.

24         Counsel for defendants is currently scheduled to defend a California Bureau of Real Estate

25  Accusation in Sacramento on that day and it is expected to take the entire day.  The matter is *In The*

26  *Matter of the Accusation of James Michael Amen*, Case No.: H-5853 SAC, OAH No.:2012080169.  Up

27  until recently it appeared as though the *Amen* matter was going to settle without a hearing, but settlement

28  discussions have ended and the matter appears to be going to a hearing.  Counsel for defendants is the

Stipulation To Change Time And [Proposed] Order
CV-13-2340-SBA                    1

1    lead counsel in both the Amen matter and the current matter.

2           The parties hereby stipulate, subject to approval of the Court, to reset the telephonic case

3    management conference to January 2, 2014, at 2:30 p.m..

4

5

6
     Date:   December 5, 2013                          M(
7                                                      A

8

9                                                      ___
     Jo
10                                                     At

11

12   Date:   December 5, 2013                          M(
13                                                     Ur

14

15                                                     ____/s/ Ila Deiss_____

16                                                     Ila Deiss
                                                       Assistant United States Attorney
17
                                                       Attorneys for the United States
18

19     Pursuant to the stipulation, IT IS HEREBY ORDERED, except the Telephonic Case Management
     Conference will be held on January 22, 2014, at 3:15 p.m., in Courtroom 1, 4th Floor, 1301
20   Clay Street, Oakland, CA 94612. The parties shall meet and confer prior to the conference and
     shall prepare a joint Case Management Conference Statement which shall be filed no later than
21   seven (7) days prior to the Case Management Conference that complies with the Standing Order
     For All Judges Of The Northern District Of California and the Standing Order of this Court.
22   Plaintiffs shall be responsible for filing the statement as well as for arranging the
     conference call.  All parties shall be on the line and shall call (510) 637-3559 at the
23   above indicated date and time.
24   Dated:  12/6/2013

25                                                     Saundra B Armstrong
                                                       Saundra Brown Armstrong
26                                                          U.S. District Judge

27

28
     Stipulation To Change Time And [Proposed] Order
     CV-13-2340-SBA                                2