MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ILA C. DEISS (NYBN 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
    ila.deiss@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. ~~CV 13-02340-SBA~~ |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER** |
| REUNION MORTGAGE, INC.; R. KENT HARVEY; AND DAVID THAYER, | |
| Defendants. | |

    The parties, through their undersigned attorneys, hereby stipulate pursuant to Civ. L.R. 6-2 and 7-12, subject to approval of the Court, to reset the Further Case Management Conference currently set for April 30, 2014, to May 28, 2014, so that the parties can continue to work towards settlement of this action.

//

//

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: April 23, 2014        By:      _____/s/_____
                                      ILA C. DEISS
                                      Assistant United States Attorney
                                      Counsel for the United States.

Dated: April 23, 2014        By:      _____/s/_____
                                      JOSHUA A. ROSENTHAL
                                      Counsel for Defendants

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Telephonic Case Management Conference will be held on May 28, 2014, at 3:15 p.m. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 879-3550 at the above indicated date and time.

Dated: 4/23/2014

_____
Saundra Brown Armstrong
U.S. District Judge

Stipulation and [Proposed] Order
CV-13-2340-SBA                                  2