MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ILA C. DEISS (NYBN 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
    ila.deiss@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. ~~CV 13-02340-SBA~~ |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |
| REUNION MORTGAGE, INC.; R. KENT HARVEY; AND DAVID THAYER, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by the United States of America and Defendants Reunion Mortgage, Inc., R. Kent Harvey, and David Thayer (collectively, the Parties), through undersigned counsel, that:

    1. Pursuant to Fed. R. Civ. R. 41(a)(1)(A)(ii) and subject to the terms of the May 16, 2014 settlement agreement (Settlement Agreement) executed by the Parties, the United States of America dismisses with prejudice all claims asserted by the United States in this action.

STIPULATION TO DISMISS
*U.S. V. REUNION MORTGAGE, INC. ET AL.* (SBA)

2. The Parties request that the status conference scheduled for May 28, 2014, be vacated.

3. According to the terms of the Settlement Agreement, this Court retains jurisdiction over any disputes that may arise relating to the Settlement Agreement.

                                           Respectfully submitted,

                                           MELINDA HAAG
                                           United States Attorney

Dated: May 21, 2014                 By:       _____/s/_____
                                                             ILA C. DEISS
                                                              Assistant United States Attorney
                                                              Counsel for the United States

Dated: May 21, 2014                 By:       _____/s/_____
                                                              JOSHUA A. ROSENTHAL
                                                              Counsel for Defendants

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. Pursuant to the terms and conditions of the Parties' May 16, 2014 Settlement Agreement, all claims asserted by the United States are dismissed with prejudice.

2. The status conference scheduled for May 28, 2014, is vacated.

3. The clerk shall close the file.

4. The Court shall retain jurisdiction over any disputes that may arise relating to the Parties' May 16, 2014 Settlement Agreement.

Dated: 5/21/2014                                   _____
                                                HON. SAUNDRA B. ARMSTRONG
                                                United States District Judge